# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD ALLEN HAMMONDS, | : | No.: 4:16-CV-2264 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| LUZERNE COUNTY DIVISION OF CORRECTIONS, *et. al.* | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of June 2017, because there was no response to the show cause order issued by the magistrate judge, ECF No. 15, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the magistrate judge is ADOPTED in full. ECF No. 50.

2. The action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

3. Final judgment is entered in favor of Defendants and against Plaintiff.

4. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge